# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNA J. PERKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.09-CV-673-WDS |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This matter is before the Court on a Report and Recommendation of United States Magistrate Judge Clifford J. Proud (Doc. 22). To date, plaintiff has not filed an objection to the recommendation.

Upon review of the record, the **ADOPTS** the Report and Recommendation of the magistrate judge. The Court **FINDS** that because plaintiff has not demonstrated that remand is appropriate under either sentence four or sentence six of 42 U.S.C. § 405(g), which are the exclusive avenues for remand, the Motion for Remand (Doc. 16) is **DENIED**.

The Court **FURTHER FINDS** that the decision of the ALJ is supported by substantial evidence in the record as a whole, and no errors of law were made. The Court, therefore, **AFFIRMS** the final decision of the Commissioner of Social Security finding that plaintiff Donna J. Perkins is not disabled and her complaint is, accordingly, **DISMISSED.**

**IT IS SO ORDERED.**

**DATE:  2 May, 2011**

/s/  WILLIAM D. STIEHL
**DISTRICT JUDGE**